UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NOELIA BERNARDINA CANDELARIA,

                Plaintiff,        Civil Action No.: 24-dv-2154

  -against-

                                                     **NOTICE OF REMOVAL**

VILLAGE SAVINGS BANK WACOVIA BANK
WELLS FARGO,

                Defendant.

----------------------------------------------------------------X

TO:    SUPREME COURT OF THE STATE OF NEW YORK
         COUNTY OF BRONX

**PLEASE TAKE NOTICE** that Defendant WELLS FARGO BANK, N.A. incorrectly sued herein as VILLAGE SAVINGS BANK WACOVIA BANK WELLS FARGO, hereby removes the civil action entitled *Noelia Bernardina Candelaria v. Village Savings Bank Wacovia Bank Wells Fargo,* Index Number 816841/2023E, from the Supreme Court of the State of New York, County of Bronx, where it is now pending to the United States District Court of the Southern District of New York pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated:  Melville, New York
           March 22, 2024

                                Yours, etc.

                                BARLET LLP

                                _____
                                By: Anne Marie Ladia-Garcia, Esq. (AL8786)
                                *Attorneys for Defendant*
                                3 Huntington Quadrangle, Suite 304S
                                Melville, New York 11747
                                Direct Tel.: (631) 446-8215
                                File No.: 555.0001

TO:

LIAKAS LAW, P.C.
*Attorneys for Plaintiff*
40 Wall Street, 50th Floor
New York, New York 10005
(212) 937-7765