# McAndrew, Conboy & Prisco, LLP
### Attorneys At Law
1860 Walt Whitman Road, Suite 800
Melville, New York 11747
www.mcp-esqs.com

WRITER:
PETER G. PRISCO, ESQ.
PARTNER
EXT. 2390
prisco@mcp-esqs.com

(516) 921-8600 TELEPHONE
(516) 921-5728 FACSIMILE

October 7, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 1010
New York, New York 10007

Attn: Honorable Justice Jennifer H. Rearden
reardenNYSDChambers@nysd.uscourts.gov

Re: *NOELIA BERNARDINA CANDELARIA v VILLAGE SAVINGS BANK WACOVIA BANK WELLS FARGO, WELLS FARGO & COMPANY, and SERVPRO COMMERCIAL LLC*
Case No.: 1:24-CV-02164-JHR
Our File No.: 065-128-PGP

Dear Honorable Justice Rearden:

Please be advised that we represent the defendant, Servpro Commercial LLC, in the above-captioned matter. We hereby withdraw our Motion to Dismiss (Doc. No. 20), which is returnable before the Court on October 9, 2024.

Thank you for your attention to this matter.

Very truly yours,

*Peter G. Prisco*
PETER G. PRISCO

PGP:jr

In light of Plaintiffs' withdrawal of their Motion to Dismiss, the Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: October 8, 2024

October 7, 2024
Page 2

TO:   LIAKAS LAW, P.C.
Attorneys for Plaintiff
40 Wall Street, 50th Floor
New York, New York 10005
(212) 937-7765
By: Stephen Liakas, Esq.
sl@liakaslaw.com

BARTLETT LLP
Attorneys for Defendants
WELLS FARGO BANK, N.A. i/s/h/a
VILLAGE SAVINGS BANK WACOVIA
BANK WELLS FARGO and WELLS FARGO
& COMPANY
3 Huntington Quadrangle, Suite 304S
Melville, New York 11747
(516) 877-2900
Attn: Anne Marie Garcia, Esq.
Anne.garcia@bartlettllp.com