UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOELIA BERNARDINA CANDELARIA,<br><br>       Plaintiffs,<br><br>     -v.-<br><br>VILLAGE SAVINGS BANK WACOVIA BANK WELLS FARGO et al.,<br><br>       Defendants. | 24 Civ. 2164 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

 Plaintiff filed the Second Amended Complaint in this action on March 13, 2025. *See* ECF No. 49. On March 27, 2025, Defendants moved to dismiss the Complaint. *See* ECF No. 59. On April 17, 2025, Plaintiff filed a Third Amended Complaint. *See* ECF No. 61.

 In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF. No. 59, is hereby DENIED as moot.

 The Clerk of Court is directed to terminate ECF No. 59.

 SO ORDERED.

Dated: April 18, 2025
    New York, New York

                   _____
                   JENNIFER H. REARDEN
                   United States District Judge