USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/11/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOELIA BERNARDINA CANDELARIA,

    Plaintiff,

-against-

SERVPRO COMMERCIAL LLC, et al.,

    Defendants.

24-CV-2164 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint status letter requesting that the June 16, 2025 status conference be held telephonically. (Dkt. 82.)

    It appearing to the Court that the parties have not yet agreed upon a modified case management schedule, including discovery deadlines, the Court requests that the parties meet and confer in an effort to stipulate to such a schedule and prepare a modified case management order. If the parties are able to reach agreement, they must file their proposed modified case management order on the docket no later than **June 13, 2025** by **close of business**.

    If the parties are unable to agree, the Court will proceed with the June 16, 2025 status conference in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
        June 11, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**