```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOELIA BERNARDINA CANDELARIA,

    Plaintiff,

-against-

SERVPRO COMMERCIAL LLC, et al.,

    Defendants.

24-CV-02164 (JHR) (BCM)

**ORDER MODIFYING CASE MANAGEMENT SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties at the June 16, 2025 status conference, the Court modifies the case management schedule (Dkts. 40, 73) as follows:

1. Initial Disclosures: Within **fourteen days** of the answer or appearance of each newly named defendant, the parties must exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1). The parties are reminded that service of "[a] motion to dismiss does not automatically stay discovery." *Ema Fin., LLC v. Vystar Corp.*, 336 F.R.D. 75, 79 (S.D.N.Y. 2020).

2. Fact Discovery: The deadline to complete all outstanding fact discovery is EXTENDED to **October 29, 2025**.

3. Expert Discovery: The deadline to disclose affirmative expert evidence is extended to **November 27, 2025**. The deadline to disclose rebuttal expert evidence is extended to **December 29, 2025**. The deadline to complete all remaining expert discovery, including expert depositions, is extended to **January 29, 2026**.

4. Close of Discovery: All discovery must be completed no later than **January 29, 2026**.

5. Status Conference: Judge Moses will conduct a status conference on **October 16, 2025 at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York

10007. No later than **October 9, 2025**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as the outcome of any settlement efforts. If no discovery or scheduling controversies exist at that time, the parties may request that the conference be held telephonically.

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 40) remain in effect.

Dated: New York, New York
       June 16, 2025

                      **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**