UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOELIA BERNARDINA CANDELARIA,

        Plaintiff,

-against-

SERVPRO COMMERCIAL LLC, et al.,

        Defendants.

24-CV-02164 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Pursuant to the Court's June 16, 2025 case management order, the parties' deadline to submit a joint status letter was yesterday, October 9, 2025. *See* Dkt. 91 ¶ 5. The parties must submit their joint letter via ECF as soon as possible, and no later than **4:00 p.m. on October 14, 2025**. In that letter, the parties must address what discovery has been completed (a) by or against CBRE, (b) by or against Melwood Contracting Corp., and (c) by or against ServPro Commercial LLC.

    The Court notes that CBRE's letter-motion (Dkt. 92) to stay discovery pending the district judge's resolution of its motion to dismiss (Dkt. 85) remains unresolved. The Court will address that motion, if necessary, at the conference scheduled for **October 16, 2025 at 10:00 a.m**.

Dated: New York, New York
       October 10, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**