UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOELIA BERNARDINA CANDELARIA,

                Plaintiff,

-v.-

SERVPRO COMMERCIAL LLC et al,

                Defendants.

24 Civ. 02164 (JHR) (BCM)

ORDER

JENNIFER H. REARDEN, District Judge:

Before the Court are Defendant CBRE Inc.'s ("CBRE") motion to dismiss, ECF No. 85, and CBRE's motion to stay discovery pending resolution of the motion to dismiss, ECF No. 92. Consistent with the Court's referral of this case to Judge Moses for general pretrial supervision, Judge Moses will resolve non-dispositive pretrial motions. *See* ECF No. 33. When "determining whether to grant a stay of discovery pending a motion," Judge Moses may consider, *inter alia*, "the strength of the motion to dismiss." *Morgan Art Found. Ltd. v. McKenzie*, No. 18 Civ. 4438 (AT) (BCM), 2020 WL 6135113, at *3 (S.D.N.Y. Oct. 18, 2020).

In an effort to achieve a faster disposition of this matter, to conserve resources, and to promote judicial efficiency, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Moses, including disposition of CBRE's motion to dismiss.

If the parties consent to proceed before Judge Moses, counsel for Defendants must, **by October 31, 2025**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27. If the Court approves that form, then all further proceedings will be conducted before Judge Moses.

If either party does not consent to conducting all further proceedings before Judge Moses, then the parties must file a joint letter, **by October 31, 2025**, informing the Court that the parties

do not consent, but without disclosing the identity of the party or parties who do not consent.

The parties are free to withhold consent without negative consequences.

    SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge