```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOELIA BERNARDINA CANDELARIA,

           Plaintiff,

         -against-

SERVPRO COMMERCIAL LLC, et al.,

           Defendants.

24-CV-02164 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's status conference, defendant CBRE's motion (Dkt. 92) to stay discovery pending resolution of its Rule 12(b)(6) motion to dismiss (Dkt. 85) is GRANTED to the extent that:

1. All discovery as between plaintiff and CBRE is STAYED pending further order of the Court or decision on CBRE's motion to dismiss;

2. All deposition deadlines (as to all parties) are STAYED pending further order of the Court or decision on CBRE's motion to dismiss;

3. Written fact discovery will proceed as between plaintiff and answering defendants ServPro Commercial LLC and Melwood Contracting Corp. Such written fact discovery must be completed no later than **November 26, 2025**;

4. The Court will conduct a status conference on **December 3, 2025 at 11:00 a.m.** No later than **November 26, 2025**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

    The parties are reminded that, pursuant to Judge Rearden's October 15, 2025 Order (Dkt. 139), they must file a joint letter, no later than October 31, 2025, informing the Court as to whether they consent to proceed before Judge Moses. The Clerk of Court is respectfully directed to close the motion at Dkt. 92.

Dated: New York, New York
       October 16, 2025

                                 **SO ORDERED**.

                                 _____
                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**